OFFICE OF DISCIPLINARY
COUNSEL, Petitioner,

v.

Troy Edward GRANDEL, Respondent.

No. 352 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 15, 1997.

*ORDER*

PER CURIAM.

AND NOW, this 15th day of July, 1997, there having been filed with this Court by Troy Edward Grandel his verified Statement of Resignation dated June 10, 1997, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa. R.D.E., it is

ORDERED that the resignation of Troy Edward Grandel be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

entered by this Court on June 20, 1997, and no response to the Rule to Show Cause having been filed, it is hereby ORDERED that:

1. The Rule is made absolute and, pursuant to Rule 208(f), Pa.R.D.E., respondent is placed on temporary suspension until further definitive action by this Court;

2. Respondent shall comply with the provisions of Rule 217, Pa.R.D.E.;

3. The President Judge of the Court of Common Pleas of Allegheny County, in accordance with Rule 217(g), Pa.R.D.E., shall take such further action and make such further orders as may be necessary to fully protect the rights and interests of respondent's clients.

4. All financial institutions in which respondent holds accounts shall freeze such accounts pending further Order of this Court.

This Order constitutes an imposition of public discipline within the meaning of Rule 402, Pa.R.D.E., pertaining to confidentiality.